

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2014

**BY EMAIL**

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/14

Re: *United States v. Jelfrey Gutierrez*, 13 Cr. 242

Dear Judge Scheindlin:

The Government writes to respectfully request that time be excluded for Speedy Trial Act purposes from the date of this letter through July 28, 2014, when the defendant's trial is scheduled to begin. I have communicated with counsel for the defendant, and the defendant, through counsel, has consented to this request.

The Government submits that the ends of justice are served by this exclusion of time because it will allow the parties to prepare for trial, and that these ends outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Jared Lenow
Assistant United States Attorney
(212) 637-1068

cc: William Stampur, Esq. (by email)

*[Handwritten annotation: The time for July 9 through July 28 is excluded for the reason set forth above.]*

*[Handwritten: So Ordered.]*

*[Signature] 7/9/14*

1