

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/14

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2014

**BY EMAIL**

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> The government's request is granted. Pretrial motions and filings are due on July 16, 2014. SO ORDERED
>
> Shira A. Scheindlin, USDJ
> 7/11/14

Re:   *United States v. Jelfrey Gutierrez*, 13 Cr. 242

Dear Judge Scheindlin:

The Government writes to respectfully request that the deadline for the parties' pretrial filings and notices be moved back two days from July 14, 2014 to July 16, 2014, in light of the defendant's anticipated guilty plea on July 14, 2014 at 3 p.m. The defendant, through counsel, does not object to this request.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Jared Lenow
Assistant United States Attorney
(212) 637-1068

cc:   William Stampur, Esq. (by email)

1